1  Richard Mah, Esq., SBN 149148
   Aaron J. Flores, Esq., SBN 268279
2  John L. Jones II, Esq., SBN 225411
   HUNT ORTMANN PALFFY
3  NIEVES DARLING & MAH, INC.
   301 North Lake Avenue, 7th Floor
4  Pasadena, California 91101-1807
   Phone: (626) 440-5200    Fax: (626) 796-0107

Attorneys for Reliable Design and Construction Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:15-BK-10239-SK |
|---|---|
| HUE CHAU AKA JIMMY CHAU, | Chapter 13 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Special Notice as counsel for Reliable Design and Construction Inc. ("Reliable") in the above-referenced matter and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned attorneys at the following address:

> **John L. Jones II**
> **Hunt Ortmann Palffy Nieves Darling & Mah, Inc.**
> **301 N. Lake Ave., 7th Floor**
> **Pasadena, CA 91101-1807**
> **Tel: (626) 440-5200**
> **Fax: (626) 796-0107**
> **Email: jones@huntortmann.com; urbino@huntortmann.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure; and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telefax, email or otherwise, and further includes, without limitation, any Disclosure Statement, Plan, Motion for Confirmation or Order of Confirmation.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearance, pleading, proof of claim, or suit, shall consider a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and

1 recoupments are expressly reserved without exception and without conceding jurisdiction in any
2 way by this filing or by any other participation in this case.

3 **PLEASE TAKE FURTHER NOTICE** that the foregoing request does not grant authority to the
4 undersigned to be its agent for service of process with respect to any adversary proceeding in the
5 case. Reliable expressly states that the undersigned has no authority to accept service of process
6 of any adversary proceeding in this case under, inter alia, Bankruptcy Rule 7004(b)(8) and that
7 any summons or complaint must be served directly upon Reliable.

8 DATED: January 20, 2015        HUNT ORTMANN PALFFY
                                  NIEVES DARLING & MAH, INC.

By:    /s/ John L. Jones II
       JOHN L. JONES II
Attorneys for Reliable Design and Construction Inc.

681168.1 JJ 3427.003

3

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 North Lake Avenue, 7th Floor, Pasadena, California  91101-1807

A true and correct copy of the foregoing document entitled (*specify*):  Notice of Appearance and Request for Special Notice and Service of Documents_____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _01/20/2015_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein
United Bankruptcy Court - Central District of California
255 East Temple Street, Suite 1582
Los Angeles 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/20/2015 | Natalie Urbino | /s/ Natalie Urbino |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

**By U.S. Mail**

ATTORNEY FOR DEBTOR:
M Wayne Tucker
Orrock Popka Fortino Tucker & Dolen
1533 Spruce St Ste 100
Riverside, CA 92507

OFFICE OF THE U.S. TRUSTEE:
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

CHAPTER 13 TRUSTEE:
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

---

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Mtg
P.O. Box 24696
Columbus, OH 43224

Fifth Third Bank
Bankruptcy Department
1830 E. Paris Ave. Se
Grand Rapids, MI 49546

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**