| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard Mah, Esq., SBN 149148<br>  mah@huntortmann.com<br>Aaron J. Flores, Esq., SBN 268279<br>  flores@huntortmann.com<br>John L. Jones II, Esq., SBN 225411<br>  jones@huntortmann.com<br>HUNT ORTMANN PALFFY<br>NIEVES DARLING & MAH, INC.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, California 91101-1807<br>Phone: (626) 440-5200   Fax: (626) 796-0107<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Reliable Design and Construction Inc. | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>HUE CHAU AKA JIMMY CHAU<br><br><br><br><br>Debtor(s) | CASE NO.: 2:15-BK-10239-SK<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u><br><u>UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)</u> |
|---|---|

PLEASE TAKE NOTE that the order titled   <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)</u>

was lodged on (*date*) <u>02/26/2015</u> and is attached.  This order relates to the motion which is docket number <u>15</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

301 North Lake Avenue, 7th Floor, Pasadena, California 91101-1807

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __02/26/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

CHAPTER 13 TRUSTEE: Kathy A. Dockery (TR) - efiling@CH13LA.com
OFFICE OF THE U.S. TRUSTEE:
United States Trustee (LA) - ustpregion16.1a.ecf@usdoj.gov
ATTORNEY FOR DEBTOR: M Wayne Tucker - tucker@waynetuckerlaw.com
ATTORNEY FOR JP MORGAN CHASE BANK: Merdaud Jafarnia - bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) __02/26/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR:
Hue Chau aka Jimmy Chau
100 S Mockingbird Lane
West Covina, CA  91706

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __02/26/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein
United Bankruptcy Court - Central District of California
255 East Temple Street, Suite 1582
Los Angeles 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/26/2015 | Natalie Urbino | /s/ Natalie Urbino |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**EXHIBIT A**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Richard Mah, Esq., SBN 149148<br>  mah@huntortmann.com<br>Aaron J. Flores, Esq., SBN 268279<br>  flores@huntortmann.com<br>John L. Jones II, Esq., SBN 225411<br>  jones@huntortmann.com<br>HUNT ORTMANN PALFFY<br>NIEVES DARLING & MAH, INC.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, California 91101-1807<br>Phone: (626) 440-5200    Fax: (626) 796-0107<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HUE CHAU AKA JIMMY CHAU<br><br><br><br><br><br><br><br><br><br><br>                                                           Debtor(s). | CASE NO.: 2:15-BK-10239-SK<br><br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: 02/24/2015<br>TIME: 08:30 a.m.<br>COURTROOM: 1575<br>PLACE: 255 East Temple Street, 15th Floor<br>           Los Angeles, CA 90012 |
|---|---|

**MOVANT:** Reliable Design and Construction Inc.

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Reliable Design and Construction Inc. v. Jimmy Chau

   Docket number: JAMS Ref. No. 1220046673

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

   JAMS - Arbitration

693346.1 JJ 3427.003 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 1                                                **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit ____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*):

    Movant may file a petition to confirm the final arbitration award and may otherwise proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in any nonbankruptcy forum. The stay shall remain in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

### 

693346.1 JJ 3427.003  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014* — Page 2 — **F 4001-1.RFS.NONBK.ORDER**