| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard Mah, Esq., SBN 149148<br>  mah@huntortmann.com<br>Aaron J. Flores, Esq., SBN 268279<br>  flores@huntortmann.com<br>John L. Jones II, Esq., SBN 225411<br>  jones@huntortmann.com<br>HUNT ORTMANN PALFFY<br>NIEVES DARLING & MAH, INC.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, California 91101-1807<br>Phone:  (626) 440-5200    Fax:  (626) 796-0107 | **FILED & ENTERED**<br><br>**FEB 26 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY walter      DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HUE CHAU AKA JIMMY CHAU | CASE NO.: 2:15-BK-10239-SK<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR<br>RELIEF FROM THE AUTOMATIC STAY<br>UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | DATE: 02/24/2015<br>TIME: 08:30 a.m.<br>COURTROOM: 1575<br>PLACE: 255 East Temple Street, 15th Floor<br>          Los Angeles, CA 90012 |
| Debtor(s). | |

**MOVANT:** Reliable Design and Construction Inc.

1.  The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2.  The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: Reliable Design and Construction Inc. v. Jimmy Chau

    Docket number: JAMS Ref. No. 1220046673

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

    JAMS - Arbitration

693346.1 JJ 3427.003 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                          **F 4001-1.RFS.NONBK.ORDER**

3.  The Motion is granted under 11 U.S.C. § 362(d)(1).

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a.  ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b.  ☐  Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c.  ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its
        remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.  **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment
    (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final
    judgment only by *(specify all that apply)*:

    a.  ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b.  ☐  Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.  This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter
    of the Bankruptcy Code.

7.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on
       the same terms and conditions as to the Debtor.

8.  ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.  ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of
       180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without
       further notice.

11. ☒  Other *(specify)*:

    Movant may file a petition to confirm the final arbitration award and may otherwise proceed under applicable
    nonbankruptcy law to final judgment in any nonbankruptcy forum.  The stay shall remain in effect with respect
    to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

                                                        ###

Date: February 26, 2015

                                        _____
                                        Sandra R. Klein
                                        United States Bankruptcy Judge

693346.1 JJ 3427.003 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

June 2014                                    Page 2                            F 4001-1.RFS.NONBK.ORDER