1  **KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
2  **700 S. FLOWER ST., STE. 1950**
**LOS ANGELES, CA 90017**
3  **PHONE: (213) 996-4400**
**FAX: (213) 996-4426**
4

FILED & ENTERED

JUL 08 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| IN RE: | CASE NO.: **2:15-bk-10239-SK** |
|---|---|
|  | CHAPTER 13 |
| **HUE CHAU,** | **ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7** |
|  | DATE: June 24, 2015<br>TIME: 10:00 AM<br>PLACE: Courtroom 1575<br>255 E. Temple St.<br>Los Angeles, CA 90012 |
| DEBTOR(S). |  |

On June 24, 2015 at 10:00 am in Courtroom 1575 15th Floor, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Sandra R. Klein held the continued confirmation hearing in this matter. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing,

//

//

//

//

//

//

1  IT IS HEREBY ORDERED:

2     The chapter 13 case is converted to a case under chapter 7 of the Bankruptcy Code.

4                                              ###

23  Date: July 8, 2015

    Sandra R. Klein
    United States Bankruptcy Judge