M. Wayne Tucker (SBN: 97905)
ORROCK, POPKA, FORTINO, TUCKER & DOLEN
1710 Plum Lane, Suite A
Redlands, CA 92374
Tel: 951-683-6014
Fax: 909-382-9488
Email: tucker@waynetuckerlaw.com

Attorney for Debtor,
Hue Chau

**FILED & ENTERED**

JUN 07 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

HUE CHAU,

          Debtor.

Case No. 2:15-bk-10239-SK

Chapter 7

**ORDER ON DEBTOR'S MOTION TO DISMISS**

Date of Hearing: 6/1/2016
Time of Hearing: 9:00 a.m.
Judge SANDRA KLEIN
Courtroom 1575

      This matter came on for hearing for Debtor's Motion for Order of Dismissal of Chapter 7 Case (Docket #98) on June 1, 2016, in this department. M. Wayne Tucker, Esq., appeared for Debtor, Hue Chau. Timothy J. Yoo, Esq., appeared for Chapter 7 Trustee, Edward M. Wolkowitz. Anthony Friedman, Esq., appeared for the law firm of Levene, Neale, Bender, Yoo & Brill, LLC. There were no other appearances.

      This motion was filed by debtor, Hue Chau, on January 28, 2016, and was set for hearing on March 2, 2016. The Chapter 7 trustee filed a "Conditional Opposition" on February 17, 2016. All parties appeared through counsel on March 2, 2016. The hearing

date was continued to April 6, 2016, and then again to April 7, 2016, to allow the Chapter 7 Trustee to file Applications for Compensation to be heard concurrently with the Motion to Dismiss. All parties appeared through counsel on April 7, 2016. The hearing of the motion was again continued to June 1, 2016, to allow the Chapter 7 Trustee additional opportunity to provide supplement points and authorities and evidence to support the applications for compensation and for debtor to reply to same.

Having reviewed the briefs and memorandums of points and authorities and evidence submitted by the parties and oral argument presented at the hearings on the motion and applications for fees, the court found good cause to dismiss the Chapter 7 case conditioned upon payment by debtor to the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., the sum of $6,776.99 prior to entry of an order of dismissal.

As set forth in the Declaration of M. Wayne Tucker attached hereto, on June 6, 2016, debtor, through his attorney, sent via UPS a cashier's check, a copy of which is attached hereto, in the amount of $6,776.99 payable to Levene, Neale, Bender, Yoo & Brill L.L.P.

The condition of payment having been satisfied and, good cause appearing therefor, the Motion for an Order of Dismissal is granted and this case is hereby ordered dismissed.

IT IS SO ORDERED:

###

Date: June 7, 2016

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

# DECLARATION OF M. WAYNE TUCKER

I, M. Wayne Tucker, am an attorney at law duly licensed to practice in the U.S. Bankruptcy Court for the Central District of California, and am the attorney for debtor, Hue Chau, aka Jimmy Chau, and I declare as follows:

1. Attached as Exhibit A is a true and correct copy of cashier's check number 864008686 in the amount of $6,776.99 payable to Levene, Neale, Bender, Yoo & Brill, LLP. The actual check was sent via UPS to Levene, Neale, Bender, Yoo & Brill, LLP, 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067 on June 6, 2016.
2. The check was provided to me by debtor, Hue Chau.
3. Attached as Exhibit B is a true and correct copy of the UPS shipping information and tracking number #91 909 164 2374 05364 00001 2 confirming delivery of the check to payees.
4. The money was paid and the cashier's check was sent to satisfy the condition included in the Order of Dismissal that said amount be paid prior to entry of the Order of Dismissal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 6, 2016, at Redlands, California

_____
M. Wayne Tucker

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT.


EAST WEST BANK
Member FDIC
135 N. LOS ROBLES AVE., PASADENA, CA 91101

**CASHIER'S CHECK**

NOTICE TO CUSTOMERS: The purchase of an indemnity bond will be required before any cashier's check issued by this bank will be replaced or refunded in the event it is lost, stolen or destroyed for a period of 90 days from issuance date.

864008686

June 01, 2016

16-7036/3220

PAY TO THE ORDER OF    \*Levene, Neale, Bender, Yoo & Brill, LLP\*

\*\*\*\*\*\*\*\*\*6,776.99

SIX THOUSAND SEVEN HUNDRED SEVENTY SIX DOLLARS AND NINETY NINE CENTS

EAST WEST BANK
VOID AFTER 90 DAYS

CASE NO: 2:15-BK-10239-SK

**CASHIER'S CHECK**

OVER $25,000 REQUIRES TWO SIGNATURES

⑈864008686⑈ ⑆322070381⑆ 459340015⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK AND TOUCH SENSITIVE INK ON THE BACK. HOLD AT AN ANGLE TO VIEW

Exhibit __A__

**PICKUP SUMMARY BARCODE REPORT**
SHIP DATE: **JUN 6, 2016**
SHIPPING RECORD: **2374 0536 40**
ACCOUNT NUMBER: **909 - 164**
CUSTOMER
  BELL, ORROCK, WATASE
  1710 PLUM LN
  REDLANDS CA 92374-0100

91 909 164 2374 05364 00001 2



**DRIVER SUMMARY**
**TOTAL NUMBER OF PACKAGES = 1**

| 1DA | 1 | INT'L pkgs 0 | /shpts 0 |
| 2DA | 0 | CODS      0 |          |
| 3DS | 0 |             |          |

SHIPMENTS SUBJECT TO TERMS OF AGREEMENT ON FILE

**Received By:**_____
**Pickup Time:**_____ **Pkgs:**_____

WS 17.0.21 HP Color Lase 75.0A 04/2016

Exhibit B